Ralph A. Lombardi
Bruce P. Loper
Matthew S. Conant
Peter O. Glaessner
B. Clyde Hutchinson
Timothy J. McCaffery
GayLynn Kirn Conant
Jeffrey D Hosking
John W. Ranucci
Vincent Castillo
Anthony J. Calero

Leora R. Ragones
Karen E. Giquinto
Liza Siu Mendoza
Jason B. Shane
Sarah C. Pastran
Bradley D. Fell
Maria M. Lampasona

*Of Counsel*
Chris P. Lavdiotis
Linda C. Roodhouse
Lori A. Sebransky

# LOMBARDI, LOPER & CONANT, LLP

Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, California 94612-3541
Tel: 510/433-2600 • Fax: 510/433-2699

September 21, 2009

**ORIGINAL FILED**

SEP 2 2 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**VIA FACSIMILE**

The Honorable James Larson
U. S. District Court, Northern District
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: **National Railroad Passenger Corporation v. Abdulhakim Saleh Ali Yafai**
US District Court, Northern District, San Francisco Case No. CV09-2749 JL
Our File No.: 13249-38999

Dear Judge Larson:

We represent defendant National Railroad Passenger Corporation. We write to request the Case Management Conference and related deadlines to be continued for approximately 60 days.

A related case in this action is *Yafai v. Amtrak*, United States District Court, Northern District, San Francisco, Case No.: C08-05715 EDL. Judge Laporte recently granted our Motion to Dismiss in that case.

Because of our success in the Motion to Dismiss, we are willing to settle the case at hand for a nominal amount once we are assured that there is no appeal from the case before Judge Laporte. As the court knows, Mr. Yafai has 30 days to appeal the court's order on the Motion to Dismiss. We will also require additional time to enter into settlement negotiations in this case. Accordingly, we request the court to reschedule the case management deadlines to the following dates:

- Joint Case Management Statement    11/18/09
- Case Management Conference    11/25/09 at 10:30 a.m.
- Initial Disclosures    11/25/09

13249-38999 LSM 575471.1

Please feel free to contact me should you have any questions or concerns.

Very truly yours,

LOMBARDI, LOPER & CONANT, LLP

By: _____
Liza-Siu Mendoza

Cc: Fred Patterson
Fax: 510-337-0125

The Case Management Conference is continued **SO ORDERED**
to November 25, 2009 at 10:30 a.m.

_____
JAMES LARSON
U.S. MAGISTRATE JUDGE

13249-38999 LSM 575471.001
13249-38999 LSM 575471.1