B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Plaintiff
NATIONAL RAILROAD
PASSENGER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | Case No. CV 09-2749 JL |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| ABDULHAKIM SALEH ALI YAFAI, | |
| Defendant. | |

///

///

///

///

///

///

///

///

///

///

13249-38999 LSM 577327.1                           1                    Case No.  CV 09-2749 JL

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiff NATIONAL RAILROAD
PASSENGER CORPORATION (Amtrak) and defendant ABDULHAKIM SALEH ALI
YAFAI by and through his counsel, that the complaint be and hereby is dismissed with prejudice
pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs.

DATED: November 18, 2009            LOMBARDI, LOPER & CONANT, LLP


                                    By:_____/s/ Liza Siu Mendoza_____
                                          LIZA SIU MENDOZA
                                          Attorneys for Plaintiff
                                        NATIONAL RAILROAD
                                        PASSENGER CORPORATION


DATED: November 9, 2009             VALERIAN, PATTERSON & STRATMAN


                                    By:_____/s/ Frederick A. Patterson_____
                                        FREDERICK A. PATTERSON
                                          Attorneys for Defendant
                                        ABDULHAKIM SALEH ALI YAFAI


IT IS SO ORDERED.

DATED: _11/20/09_____


_____
UNITED STATES DISTRICT COURT JUDGE

13249-38999 LSM 577327.1                     2                    Case No.  CV 09-2749 JL

STIPULATION AND ORDER OF DISMISSAL